**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION-CINCINNATI**

| | |
|---|---|
| TARA RUSSELL ) | |
| ) | **1:09-cv-00759-MRB** |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE AND** |
| ) | **[PROPOSED] ORDER** |
| PARAMOUNT RECOVERY ) | |
| SERVICES, INC. ) | |
| ) | |
| ) | **Fed. R. Civ. P. 41(a)(1)** |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, TARA RUSSELL and Defendant, PARAMOUNT RECOVERY SERVICES, INC. stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, TARA RUSSELL, against Defendant, PARAMOUNT RECOVERY SERVICES, INC. in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 6, 2010        KROHN & MOSS, LTD.

           /s/ Peter Cozmyk
           Peter Cozmyk, Esq.
           Attorney for Plaintiff,
           TARA RUSSELL

Dated: July 6, 2010        SURDYK, DOWD & TURNER Co.,

           /s/ Melanie Frankel
           Melanie Frankel
           Attorney for Defendant,
           PARAMOUNT RECOVERY SERVICES, INC.